**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER BROWN JR.,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF MORENO VALLEY POLICE DEPARTMENT, et al.,<br><br>            Defendants. | NO. EDCV 08-00292 ODW (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records and files herein, the cross motions for summary judgment and the Magistrate Judge's Report and Recommendation. After having made a _de novo_ determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

Accordingly, IT IS ORDERED THAT:

1. Plaintiff's Motion for Summary Judgment is DENIED.

2. Defendants' Motion for Summary Judgment is DENIED on the grounds of qualified immunity. Defendants' Motion for Summary Judgment is GRANTED on the grounds that <u>Heck v. Humphrey</u>, 512 U.S. 477, 114 S. Ct. 2364, 129 L. Ed. 2d 383 (1994), bars Plaintiff's excessive force claims.

3. Judgment shall be entered in favor of Defendants and against Plaintiff on the federal claims raised in the Second Amended Complaint.

4. Plaintiff's state law claims are DISMISSED without prejudice.

5. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Plaintiff and on counsel for Defendants.

DATED: March 3, 2010

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE