# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BROWN JR., | NO. EDCV 08-00292 ODW (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF MORENO VALLEY POLICE DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 3, 2010

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE